CERTIFICATE OF SERVICE

    I, TOMOKO ONOZAWA, Assistant United States Attorney for the Southern District of New York, hereby certify that on March 28, 2008, I caused a copy of the foregoing NOTICE OF REMOVAL to be served, by Federal Express, on the following individuals:

    Jason Shapiro, Esq.
    Shapiro Law Offices
    3205 Grand Concourse, Suite 1
    Bronx, New York 10468

    Tracey A. Reiser-Pertoso, Esq.
    Kaufman Borgeest & Ryan LLP
    200 Summit Lake Drive
    Valhalla, New York 10595

Dated:    New York, New York
           March 28, 2008

                                        _____
                                        TOMOKO ONOZAWA (TO-8694)
                                        Assistant United States Attorney