MICHAEL J. GARCIA
United States Attorney for the
Southern District of New York
By: TOMOKO ONOZAWA
Assistant United States Attorney
86 Chambers Street, Third Floor
New York, New York  10007
Telephone:  (212) 637-2721
Facsimile:   (212) 637-2686
E-mail: tomoko.onozawa@usdoj.gov

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ x

SAMANTHA SOMAI, infant by CHRISTINA :
RIVERA, as mother and natural guardian and :
CHRISTINA RIVERA, individually, : ECF Case
　　　　　　　　　　　　　　　　　　　　　:
　　　　　　　　　　　　Plaintiffs, :
　　　　　　　　　　　　　　　　　　　　　: 08 Civ. 3151 (BSJ)
　　　　　　-against- :
　　　　　　　　　　　　　　　　　　　　　:
MORRIS HEIGHTS HEALTH CENTER, INC., :
d/b/a MORRIS HEIGHTS HEALTH CENTER, :
and WANDA McCOY, M.D., :
　　　　　　　　　　　　　　　　　　　　　:
　　　　　　　　　　　　Defendants. :

------------------------------------------------------------ x

## NOTICE OF MOTION

PLEASE TAKE NOTICE that, upon the accompanying (1) Memorandum of Law in

Support of Motion to Substitute the United States for Defendants Morris Heights Health Center,

Inc. d/b/a Morris Heights Health Center, and Wanda McCoy, M.D., and to Dismiss the

Complaint Against the United States, (2) the Declaration of Tomoko Onozawa, dated April 4,

2008, and (3) the Declaration of Meredith Torres, dated March 28, 2008, Defendants Morris

Heights Health Center and Wanda McCoy, M.D. (collectively, the "Defendants"), by their

attorney, Michael J. Garcia, United States Attorney for the Southern District of New York,

hereby move this Court for an order substituting the United States of America (the "United States") for the Defendants, dismissing the Complaint against the Defendants with prejudice, and dismissing the Complaint against the United States for lack of subject matter jurisdiction pursuant to Rule 12(b)(1) of the Federal Rules of Civil Procedure.

Dated: New York, New York
      April 4, 2008

                          MICHAEL J. GARCIA
                          United States Attorney for the
                          Southern District of New York
                          *Attorney for Defendants*

                By:    /s/ Tomoko Onozawa
                          TOMOKO ONOZAWA
                          Assistant United States Attorney
                          86 Chambers Street, Third Floor
                          New York, New York 10007
                          Telephone:   (212) 637-2721
                          Facsimile:    (212) 637-2686

To:       Jason Shapiro, Esq. (via Federal Express)
           Shapiro Law Offices
           3205 Grand Concourse, Suite 1
           Bronx, New York 10468
           *Attorney for Plaintiffs*