UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
                                                  :

SAMANTHA SOMAI,

                                                  :      **SCHEDULING ORDER**

            Plaintiff,

                                                  :      08 Civ. 3151 (BSJ)(FM)

     -v.-

                                                  :

MORRIS HEIGHTS HEALTH CENTER,
INC., et al.,                                  :

           Defendants.         :

------------------------------------------------------------x

**FRANK MAAS,** United States Magistrate Judge.

      Counsel are directed to appear for a conference in this matter on May 14, 2008, at

2:30 p.m., in Courtroom 20A, 500 Pearl Street, New York, New York 10007.

      Requests for adjournment must be made in **writing**, at least 48 hours prior to the

conference.


      SO ORDERED.

Dated:  New York, New York
          April 25, 2008

                                                                    FRANK MAAS
                                                         United States Magistrate Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/25/08

Copies to:

Honorable Barbara S. Jones
United States District Judge

Jason Shapiro, Esq.
Shapiro Law Office
3205 Grand Concourse, Suite 1
Bronx, New York 10468
Via Facsimile @(718) 295-7575

Tomoko Onozawa, Esq.
Assistant United States Attorney
86 Chambers Street
New York, New York 10007
Via Facsimile @(212) 637-2686