UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
                                 :

SAMANTHA SOMAI,

                                 :       **SCHEDULING ORDER**

         Plaintiff,

                                 :       08 Civ. 3151 (BSJ)(FM)

      -v.-

                                 :

MORRIS HEIGHTS HEALTH CENTER,
INC., et al.,                          :

         Defendants.        :

-----------------------------------------------------------x

**FRANK MAAS,** United States Magistrate Judge.

       The conference in the above referenced matter presently scheduled for May 14, 2008, at

2:30 p.m., has been rescheduled to May 21, 2008, at 2:00 p.m., in Courtroom 20A, 500 Pearl

Street, New York, New York 10007.

       Requests for adjournment must be made in **writing**, at least 48 hours prior to the

conference.


       SO ORDERED.

Dated: New York, New York
       May 13, 2008

                                        FRANK MAAS
                           United States Magistrate Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/13/08

Copies to:

Honorable Barbara S. Jones
United States District Judge

Jason Shapiro, Esq.
Shapiro Law Office
3205 Grand Concourse, Suite 1
Bronx, New York  10468
Via Facsimile @(718) 295-7575

Tomoko Onozawa, Esq.
Assistant United States Attorney
86 Chambers Street
New York, New York  10007
Via Facsimile @(212) 637-2686