# SHAPIRO LAW OFFICES

3205 GRAND CONCOURSE, SUITE 1
BRONX, NEW YORK 10468
(718) 295-7000
FAX: (718) 295-7675
WWW.SHAPIROLAWOFFICES.COM

**MEMO ENDORSED**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/21/08

May 20, 2008

**VIA FACSIMILE (212) 805-6724**

Hon. Frank Maas
United States Magistrate Judge
United States Courthouse
500 Pearl Street, Room 740
New York, NY 10007

> The conference is adjourned to June 4, 2008, at 2 pm, but Mr. Shapiro is directed to respond to the Government's motion to dismiss by June 2, 2008.

Re: Samantha Somai v. Morris Heights Health Center, et al.
08 Civ. 3151 (BSJ) (FM)

> FMaas, USMJ, 5/20/08

Dear Judge Maas:

This office represents plaintiffs Samantha Somai, infant, by Christina Rivera, mother and natural guardian in the above-referenced action.

Please be advised that Tomoko Onozawa from the United States Attorney's office had written to the court seeking an adjournment of this conference, which we consented to. Further, I am engaged on trial in Supreme Court, Bronx County in front of Hon. Mark Friedlander in an action entitled *Joanne Cintron v. Cinequemani Partnership, et al., Index No.: 16285/05*. I have been unable to find an attorney to cover tomorrow's conference on behalf of our office. I respectfully request an adjournment to a date that is convenient for the Court.

Please note that Tomoko Onozawa has consented to this request and advised my office that if Your Honor does permit the adjournment of this conference, that it not be re-scheduled for May 28, 2008, as she has a conflict on that date.

Thank you for your courtesy and consideration in this matter.

Respectfully submitted,

Jason Shapiro

/jov

cc:  United States Attorney for the
     Southern District of New York
     86 Chambers Street
     New York, NY 10007
     Attn: Tomoko Onozawa
     *Via Facsimile*